PROB 12C
(6/16)

Report Date: February 21, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 21, 2019**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Gutierrez-De La Rosa    Case Number: 0980 2:17CR00122-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 15, 2017

| | | |
|---|---|---|
| Original Offense: | Alien in U.S. after Deportation, 8 U.S.C. § 1326(a) | |
| Original Sentence: | Prison - 9 months<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: 04/06/2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: 04/05/2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: On January 14, 2019, Miguel Gutierrez-De La Rosa violated the terms of his supervised released by unlawfully re-entering the United States.

On January 14, 2019, U.S. Border Patrol agents with the U.S. Department of Homeland Security located an individual in between the fences at the border, in an area known to agents as "Whiskey 8."  This area is located approximately 2 miles west of the San Ysidro, California, Port of Entry and 50 yards north of the United States/Mexico International Boundary, is commonly used by individuals seeking to enter the United States unlawfully.

At approximately 11:30 a.m., agents made contact with the individual to conduct an immigration inspection.  The individual was later identified as Miguel Gutierrez-De La Rosa.  Mr. Gutierrez-De La Rosa informed agents he was a citizen of Mexico and confirmed he was not in possession of immigration documents that would allow him to enter or remain in the United States legally.  The offender was subsequently arrested.

Mr. Gutierrez-De La Rosa is now facing new federal charges in the Southern District of California for Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326.

Prob12C
**Re: Gutierrez-De La Rosa, Miguel**
**February 21, 2019**
**Page 2**

    2    **Special Condition # 1**: You are prohibited from returning to the United States without advance legal permission from the U.S. Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

    **Supporting Evidence**: On January 14, 2019, Miguel Gutierrez-De La Rosa violated the terms of his supervised released by unlawfully re-entering the United States without advance legal permission.

    On November 15, 2017, Mr. Gutierrez-De La Rosa was sentenced after pleading guilty to one count of an Alien in the US after Deportation. At that time, he was informed of his conditions of supervision, including special condition #1.

    On February 21, 2019, the undersigned officer received a probably cause statement from the Southern District of California. The statement reflects the arrest of the offender by border patrol agents on January 14, 2019, after Mr. Gutierrez-De La Rosa disclosed to agents that he had illegally reentered the United States.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/21/2019

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

2/21/2019

Date